**UNITED STATES of America,**
**Appellee,**

v.

**Rafael GARCIA–ZUNIGA, also known as Robert Farias, also known as Zuniga Erasmo Rodriguez, Appellant.**

**No. 02–1585.**

United States Court of Appeals,
Eighth Circuit.

Submitted June 11, 2002.

Filed June 20, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Rafael Garcia–Zuniga pleaded guilty to re-entering the United States illegally after deportation, following his conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a) and (b). The district court[1] departed upward, finding that Garcia–Zuniga's criminal history was underrepresented, and sentenced him to 68 months imprisonment and 2 years super-vised release. On appeal, counsel has moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has filed a brief arguing that the district court erred in departing upward.

The district court did not abuse its discretion by departing upward. *See United States v. Levi*, 229 F.3d 677, 679 (8th Cir. 2000). It properly considered Garcia–Zuniga's past charged and uncharged conduct, as outlined in the unobjected-to presentence report. *See* U.S.S.G. § 4A1.3; *Levi*, 229 F.3d at 679; *United States v. Beatty*, 9 F.3d 686, 690 (8th Cir.1993); *United States v. Davila*, 964 F.2d 778, 784–85 (8th Cir.), *cert. denied*, 506 U.S. 964, 113 S.Ct. 438, 121 L.Ed.2d 358 (1992). Further, following our independent review, *see Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The HONORABLE MARK W. BENNETT, Chief Judge, United States District Court for the Northern District of Iowa.